**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                              **Case No. 8:05-cr-44-T-24TBM**

**STEVEN R. HARDY,**

    **Defendant.**
                                      /

**O R D E R**

THIS MATTER is before the court upon referral from the District Judge on Defendant's *In Camera* **Emergency Motion for Competency Evaluation** (Doc. S-1).

There being grounds to suspect the Defendant may presently suffer from a mental disease or defect rendering him mentally incompetent to proceed, the Defendant's *In Camera* **Emergency Motion for Competency Evaluation** (Doc. S-1) is **GRANTED**. The court hereby appoints, **Dr. Michael Maher** to conduct an independent psychological examination. The court requests Dr. Maher complete the examination and file a report with this court within eleven (11) days of the date of this Order. Defense counsel, Dionja Dyer, is directed to provide Dr. Maher with any pertinent medical or mental health history or other information pertinent to his evaluation.

Upon completion of the examination, Dr. Maher is requested to provide to the court a report detailing the Defendant's history and present symptoms; a description of psychiatric or psychological medical tests employed in the examination; his findings and opinions as to whether or not the Defendant is suffering from a mental disease or defect rendering him mentally incompetent to proceed, in that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Upon receipt of the report, either party may request a further hearing.

**Done and Ordered** in Tampa, Florida this 28th day of June 2005.

_____
THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Honorable Susan C. Bucklew
Chris Tuite, Assistant United States Attorney
Dionja Dyer, Attorney for Defendant
Dr. Michael Mayer