## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA**

    **vs.**                                                 **CASE NO.8:05-CR-44-T-24TBM**

**STEVEN HARDY**
    **Defendant**

### ORDER

    This matter is before the Court on Defendant Steven Hardy's Motion to Strike Government's Notice of Intent to Introduce Evidence under Fed. R. Evid. 404(b) (doc.132). On July 1, 2005, the Government filed a notice of intent to introduce evidence under Fed. R. Evid. 404(b). Specifically the notice states "the evidence the United States intends to introduce under Rule 404(b) includes testimony and other evidence of drug dealing activities engaged in by the defendants, including illegal drug sales and transactions with one or more of confidential informants and cooperating defendants in this case, prior to the acts charged in the Second Superseding Indictment." The defendant submits that the notice is vague and overly broad. This Court agrees

    There are four defendants set for trial. Based on the notice neither the defendants nor the Court can discern whether the notice of prior drug dealing activities applies to all four defendants or only some of them. In addition, based on the notice, it is not clear in what time frame the prior bad acts occurred. Although the Advisory Committee Notes to Rule 404(b) state

the Committee opted for a "generalized notice provision", the Notes also state the intent of the notice is to "reduce surprise and promote early resolution on the issue of admissibility." The Rule 404(b) notice filed by the Government is far too general to either reduce surprise or promote early resolution on the issue of admissibility by the Court.

The Motion to Strike is GRANTED. The Government may file an amended 404(b) notice which more clearly apprises the specific defendants of the prior bad acts it intends to introduce.

Done and ordered in Tampa, Florida this 7th day of July, 2005.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies: Counsel of Record