**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　**Case No. 8:05-cr-44-T-24TBM**

**STEVEN R. HARDY,**

    **Defendant.**
_____/

**O R D E R**

In accordance with the Court's order dated June 28, 2005, Michael S. Maher, M.D., has conducted a competency evaluation of Defendant Steven R. Hardy. By the doctor's assessment the Defendant appreciates the charges and allegations against him, the potential punishment, the adversarial nature of the legal process, and he is possessed of the capacity to assist his attorney in the defense of his case. In other words, the doctor concludes the Defendant is competent to proceed. On July 11, 2005, the Defendant, with counsel, was offered the opportunity to further contest the matter of his competence. Counsel indicates she does not dispute Dr. Maher's conclusions, nor does she question her client's competency to proceed. Accordingly, the court finds Steven R. Hardy competent to proceed to trial as scheduled.

**Done and Ordered** in Tampa, Florida this 11th day of July 2005.

_____
THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Honorable Susan C. Bucklew
Chris Tuite, Assistant United States Attorney
Dionja Dyer, Attorney for Defendant